# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-7426-GW-GJSx | Date | July 28, 2020 |
|---|---|---|---|
| Title | *Raul A. Ramirez v. Penn Mutual Life Insurance Company, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 27, 2020, Plaintiff Raul A. Ramirez filed a Notice of Settlement. The Court sets an order to show cause re settlement hearing for September 21, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss is filed by noon on September 17, 2020.

All previously set deadlines and hearing dates are vacated and taken off-calendar.

                                                                                                                        :

                                                                                        Initials of Preparer     JG